MONIQUE GRAVES-GALLOWAY,

        Plaintiff,

v.                                     CASE NO. 08-10947
                                     HON. LAWRENCE P. ZATKOFF

ASSET ACCEPTANCE, LLC,

        Defendant.

_____/

## ORDER TO REMAND IN PART

Plaintiff filed her Complaint in the Oakland County Circuit Court on February 14, 2008. Defendant timely removed the action to this Court on March 5, 2008, based on federal-question jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction under 28 U.S.C. § 1367(a) or, alternatively, 28 U.S.C. § 1441(c). Plaintiff's Complaint contains the following two counts:

Count I           Fair Debt Collection Practices Act, 15 U.S.C. § 1692; and

Count II          Mich. Comp. Laws § 445.252 and Michigan Occupational Code.

The Court has subject-matter jurisdiction over Count I because it arises under federal law. *See* 28 U.S.C. § 1331. Count II, however, is based on state law. The Court finds that 28 U.S.C. § 1367 is the appropriate provision governing removal of state-law claims in this matter. Although the Court has supplemental jurisdiction over state-law claims pursuant to 28 U.S.C. § 1367(a), the Court may decline to exercise supplemental jurisdiction over state-law claims if there are "compelling reasons for declining jurisdiction." 28 U.S.C. § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claim in this matter. The Court finds that the contemporaneous presentation of Plaintiff's parallel state claims for relief will result in the

undue confusion of the jury.  *See id.*; *see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiff's state-law claim (Count II) is REMANDED to the Oakland County Circuit Court.  The Court retains jurisdiction over Plaintiff's federal claim (Count I).

IT IS SO ORDERED.


s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  March 13, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on March 13, 2008.


s/Marie E. Verlinde
Case Manager
(810) 984-3290